Harold A. Howard and John C. Howard, trustees under the last will and testament of Sarah J. Howard, deceased, defendants in error, v. Eugene F. Manns, plaintiff in error. Gen. No. 28,633.

Judgment for possession in forcible detainer and for rent. Error to the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the second division of this court for the

first district at the October term, 1923. Affirmed. Opinion filed
January 22, 1924.
· J. Gray Lucas, for plaintiff in error; Joseph Krooth, of counsel.
Norman K. Anderson and Benjamin Clarke, for defendants in error.
Mr. Justice Barnes delivered the opinion of the court.